■ In the Matter of MONA R. GOODMAN et al., Respondents, v NASSAU COUNTY BOARD OF ELECTIONS, Respondent, and FRANCINE ADELSON et al., Appellants. [928 NYS2d 479]—

Petitioners raising a challenge under Election Law § 16-102 must complete service on all necessary parties (*see Matter of McDonough v Scannapieco*, 65 AD3d 647, 648 [2009]). Failure to serve a party mentioned in an order to show cause requires dismissal, even as to those parties who were properly served, if the party not served is a necessary party to the proceeding (*see Matter of Wohl v Miller*, 63 NY2d 687, 688 [1984]).

Here, as the candidates whose names appeared on the challenged designating petition, the appellants were necessary parties (*see Swirsky v Smallwood*, 148 AD2d 523 [1989]), and the petitioners' failure to properly serve the appellants warranted

dismissal of the proceeding as jurisdictionally defective (*see Matter of DiRoberto v Napoli*, 247 AD2d 646 [1998]). Dillon, J.P., Florio, Lott and Cohen, JJ., concur.